IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Columbus Division

| | |
|---|---|
| AMERICAN SOUTHERN HOMES HOLDINGS, LLC and ASH-GRAYHAWK, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID B. ERICKSON, GH LOT HOLDINGS, INC., GH LOT HOLDINGS OF ATLANTA, INC., GH LOT HOLDINGS OF SOUTH CAROLINA, INC., TIGER CREEK DEVELOPMENT, INC., CUSSETA ROAD, LLC, SAGE DEVELOPMENT, INC., ERICKSON INVESTMENTS, INC., WINDSONG BONACRE, LLC, GREY ROCK DEVELOPMENT, LLC, CARROLLTON DEVELOPMENT, LLC, and ROSE ANN ERICKSON,<br><br>Defendants. | Case No. 4:21-cv-00095-CDL |

## NOTICE OF CROSS APPEAL

All Defendants hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the September 26, 2023 Judgment (ECF No. 338); the January 11, 2024 Order denying Defendants' post-trial motions (ECF No. 388); the January 11, 2024 Amended Judgment (ECF No. 389); and all adverse rulings leading up to or supporting entry of the final judgment.

Dated:  February 8, 2024

*/s/ Robert T. Quackenboss*

ROBERT R. LOMAX, LLC                    HUNTON ANDREWS KURTH LLP

Robert R. Lomax
Georgia Bar # 456239
Post Office Box 2339
Columbus, Georgia 31902
Telephone:     (706) 322-0100
rlomax@thelomaxfirm.com

*Counsel for Defendants*

Robert T. Quackenboss
Georgia Bar No. 590560
rquackenboss@HuntonAK.com
2200 Pennsylvania Avenue NW
Washington, DC 20037
Telephone:     (202) 955-1950
Facsimile:     (202) 778-2201

Robert T. Dumbacher
Georgia Bar No. 594903
rdumbacher@HuntonAK.com
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, Georgia  30308-2216
Telephone:     (404) 888-4000
Facsimile:     (404) 888-4190

Johnathon E. Schronce*
jschronce@huntonAK.com
Michael R. Shebelskie*
mshebelskie@huntonAK.com
Kevin S. Elliker*
kelliker@huntonAK.com
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:     (804) 788-8200
Facsimile:     (804) 788-8218

*admitted *pro hac vice*

*Counsel for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

This 8th day of February, 2024.

*/s/ Robert T. Quackenboss*
Robert T. Quackenboss
Georgia Bar No. 590560