**Nos. 24-10287-DD & 24-10440-D**

# In the United States Court of Appeals for the Eleventh Circuit

───────────────────────────

AMERICAN SOUTHERN HOMES HOLDINGS LLC, ET AL.,
*Plaintiffs-Appellants-Cross-Appellees,*

*v.*

DAVID ERICKSON, ET AL.,
*Defendants-Appellees-Cross-Appellants.*

───────────────────────────

On Appeal from the United States District Court
for the Middle District of Georgia
No. 4:21-cv-00095-CDL

───────────────────────────

## MOTION TO RESCHEDULE ORAL ARGUMENT

───────────────────────────

Robert T. Quackenboss
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
(202) 955-1950

Kevin S. Elliker
Elbert Lin
Michael R. Shebelskie
Johnathon E. Schronce
HUNTON ANDREWS KURTH LLP
951 East Byrd Street
Richmond, Virginia 23219
(804) 788-8200
kelliker@HuntonAK.com

January 22, 2025

Nos. 24-10287-DD & 24-10440-D
*American Southern Homes Holdings LLC v. Erickson*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1, Defendants-Appellees-Cross-Appellants certify that the Certificate of Interested Persons and Corporate Disclosure Statement contained in their Opening Brief (Dkt. 34) is complete.

*/s/ Kevin S. Elliker*
Kevin S. Elliker

C-1 of 1

Pursuant to Federal Rule of Appellate Procedure 34(b) and 11th Circuit Rule 34-4(g), Defendants-Appellees-Cross-Appellants David B. Erickson, et al. ("Appellees"), respectfully move this Court to reschedule the oral argument in the above-captioned case from Friday, March 28, 2025, to an earlier date during the Court's session the week of March 24, 2025—*i.e.*, March 25, 26, or 27. Good cause exists for the requested continuance, and Plaintiffs-Appellants-Cross-Appellees do not oppose this request. In support of this motion, Appellees state as follows:

1. On November 6, 2024, this Court gave notice that this case would be scheduled for oral argument during the week of March 24, 2025, in Atlanta, Georgia. Doc. 44. The Court's notice advised that a final calendar would be issued approximately 6 to 8 weeks in advance of the session (*i.e.*, between January 27 and February 10, 2025). *Id.*

2. On January 13, 2025, an insoluble personal family scheduling conflict for undersigned counsel arose for Friday, March 28. The conflict applies only to that date and not any other during the week of March 24.

3. On January 17, 2025, the Court gave notice that this case would be argued on Friday, March 28, 2025. Undersigned counsel immediately contacted the Clerk of Court to see whether argument on an

1

alternative date during the sitting would be possible in light of the late-breaking conflict for March 28 and given that more than nine weeks remained until the sitting. The courtroom deputy advised that any revision of the argument calendar would require a motion.

4.     Mr. Elliker has acted as appellate counsel for Appellees in this matter for 18 months, including by participating in the weeklong jury trial in September 2023, serving as primary drafter of all post-trial motions, and bearing ultimate responsibility for the drafting, preparation, and filing of Appellees' merits briefs and supplemental appendix before this Court in anticipation of presenting oral argument on behalf of Appellees.

5.     As noted above, the conflict arose on January 13, only a few days before the issuance of the argument calendar on January 17, and applies only to March 28, 2025.

6.     Good cause therefore exists for granting a rescheduling of the oral argument to an earlier date during the week of March 24, 2025.

7.     Undersigned counsel has contacted counsel for Appellants, who have stated they do not oppose the relief requested herein and are likewise available for argument on an earlier date during the sitting.

8. Accordingly, Appellees respectfully request that this Court reschedule oral argument currently set for March 28, 2025, to either March 25, 26, or 27, 2025.

                                              Respectfully submitted,

                                              */s/ Kevin S. Elliker*

| | |
|---|---|
| Robert T. Quackenboss<br>HUNTON ANDREWS KURTH LLP<br>2200 Pennsylvania Avenue NW<br>Washington, DC 20037<br>(202) 955-1950 | Kevin S. Elliker<br>Elbert Lin<br>Michael R. Shebelskie<br>Johnathon E. Schronce<br>HUNTON ANDREWS KURTH LLP<br>951 East Byrd Street<br>Richmond, Virginia 23219<br>(804) 788-8200<br>kelliker@HuntonAK.com<br><br>*Counsel for Defendants-Appellees-Cross-Appellants* |

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Motion complies with Federal Rules of Appellate Procedure 27(d)(2)(A) and 27(d)(1)(E) because the Motion is proportionally spaced using 14-point Century Schoolbook font and contains 425 words.

January 22, 2025            */s/ Kevin S. Elliker*
                                               Kevin S. Elliker

## CERTIFICATE OF SERVICE

I hereby certify that, on January 22, 2025, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ Kevin S. Elliker*
Kevin S. Elliker
